466 A.2d 718

Commonwealth v. Burgos, Appellant.

Submitted July 28, 1983. Ronald A. Kovler, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

466 A.2d 719

Commonwealth, Appellant v. Cutter.

Submitted March 29, 1983. John M. Dawson, Assistant District Attorney, for Commonwealth, appellant; Stephen Toole, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.